**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 04-1572

―――――――――

FRANCES BERRY,

                              Plaintiff - Appellant,

        versus

LARRY G. MASSANARI, Commissioner of Social
Security,

                              Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  C. Weston Houck, Senior District
Judge.  (CA-01-3137-8-12)

―――――――――

Submitted:  August 13, 2004          Decided:  August 23, 2004

―――――――――

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Frances Berry, Appellant Pro Se.  John Berkley Grimball, II, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frances Berry appeals the district court's order accepting the magistrate judge's recommendation to affirm the Social Security Administration Commissioner's denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Berry v. Massanari, No. CA-01-3137-8-12 (D.S.C. Mar. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED